UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1010**

In re: Raj K. Patel
(Related to D. Del. No. 1-23-cv-00797)

To:  Clerk

    1)    Motion by Petitioner for Leave to Proceed In Forma Pauperis
_____

The foregoing motion is granted. The Court may reconsider in forma pauperis status or request additional information at any time during the course of these proceedings.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  January 4, 2024
Sb/cc:  Raj K. Patel